In the Matter of LAWYERS MORTGAGE COMPANY (1584 East 19th St., Brooklyn, New York.— Mortgage No. 200,638). MAPLEWOOD ESTATES, INC., Appellant; BROOKLYN TRUST COMPANY, as Trustee, Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.